IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cr-30016-DWD |
| ) | |
| MARCUS A. GREER, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

**DUGAN, District Judge:**

On February 14, 2022, this Court entered a preliminary order of forfeiture (Doc. 36) against Defendant Marcus A. Greer for the following property:

> **A FN Herstel five-seven 5.7x28 caliber handgun, bearing serial number 386377615, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The United States has provided a sworn declaration that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days, beginning on February 16, 2022, and ending on March 17, 2022 (Doc. 43). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property pursuant to 21 U.S.C. § 853(n).

Consequently, the Court hereby **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the

above-described property that is subject of the order of forfeiture (Doc. 36) filed on February 14, 2022, namely:

**A FN Herstel five-seven 5.7x28 caliber handgun, bearing serial number 386377615, and any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the forfeited property according to law.

**SO ORDERED.**

Dated: April 27, 2022        /s *David W. Dugan*
                                            _____
                                            DAVID W. DUGAN
                                            United States District Judge